IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DIMITRE ASSENOV,<br><br>                Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF UTAH; MELINDA P. KRAHENBUHL; DAVID SLAUGHTER; and DOES 1 through 5,<br><br>                Defendants. | ORDER AND<br>MEMORANDUM DECISION<br><br><br>Case No. 2:05-CV-1030 TC |

For the reasons set forth at the close of the October 1, 2007 hearing, the court orders as follows: (1) Defendants' Motion for Partial Summary Judgment (Dkt # 62) is DENIED without prejudice, (2) Defendants' Motion for Judgment on the Pleadings (Dkt # 69) is DENIED, and (3) Defendants' Motion to Strike Affidavit in Opposition to Motion of Dimitre Assenov (Dkt # 86) is DENIED as moot.

      SO ORDERED this 2nd day of October, 2007.

                                BY THE COURT:

                                *Tena Campbell*

                                TENA CAMPBELL<br>                                Chief Judge